IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE

OFFICE OF DISCIPLINARY COUNSEL,

      Petitioner,

v.                                               Misc. No.: 2:18-mc-177

MICHEAL L. HARPER, a member of
The West Virginia State Bar,

      Respondent.

## ATTORNEY REMOVAL ORDER

This Court has been notified by the Supreme Court of Appeals of West Virginia that the license to practice law in the State of West Virginia of **Micheal L. Harper** has been annulled by Order entered on October 4, 2018, a copy of which is attached hereto and made a part hereof.

**IT IS ORDERED** that the District Court records be amended to reflect the disciplinary action and that **Micheal L. Harper** is barred from appearances in this Court.

The Clerk is further **ORDERED** to remove **Micheal L. Harper** from the list of attorneys admitted to practice in the District Court.

The Clerk is directed to send a certified copy of this order to **Micheal L. Harper** at his last known address of 3118 West Heritage Boulevard, Matteson, Illinois 60443, to each divisional Clerk's Office in this District, and the Attorney Admission Coordinator.

ENTER:

THOMAS E. JOHNSTON, CHIEF JUDGE

STATE OF WEST VIRGINIA

At a Regular Term of the Supreme Court of Appeals, continued and held at Charleston, Kanawha County, on October 4, 2018, the following order was made and entered:

Office of Disciplinary Counsel,
Petitioner

vs.) No. 18-0389

Micheal L. Harper, a member of
The West Virginia State Bar,
Respondent

# ORDER

On April 27, 2018, the petitioner, Office of Disciplinary Counsel, by Rachael L. Fletcher Cipoletti, Chief Lawyer Disciplinary Counsel, filed a petition seeking annulment of the law license in the State of West Virginia of the respondent, Micheal L. Harper, pursuant to Rule 3.18, Rules of Lawyer Disciplinary Procedure. Service of the petition upon the respondent was completed on June 26, 2018.

Upon consideration and review of the petition seeking annulment, the Court is of the opinion to and does hereby grant the petition. It is therefore ordered that the license to practice law in the State of West Virginia of the respondent, Micheal L. Harper, shall be, and it hereby is, **annulled**.

Justice Allen H. Loughry, II suspended and therefore not participating. Justice Paul T. Farrell sitting by temporary assignment.

A True Copy

Attest: /s/ Edythe Nash Gaiser
Clerk of Court

